IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ISOM A. MARSHALL,
    Petitioner,

vs.                                    Case No.:  3:05cv207/LAC/EMT

JAMES V. CROSBY, JR.,
    Respondent.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 1, 2006. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Respondent's Motion to Dismiss (Doc. 11) is **GRANTED**.

    3.  The amended petition for writ of habeas corpus (Doc. 5) is **DISMISSED** with prejudice as untimely.

    **DONE AND ORDERED** this 7th day of March, 2006.

                                              s/*L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**